# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158072

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CHARLES EDWARD BRITTON,
          Defendant-Appellant.
_____/

SC: 158072
COA: 336120
Wayne CC: 16-005484-FC

On order of the Court, having received notice that defendant-appellant died during the pendency of this appeal, the application for leave to appeal is DISMISSED. *People v Peters*, 449 Mich 515 (1995).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk